```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 20916
   STEPHEN RONALD SZYMKOWIAK
   DANICA SZYMKOWIAK                            CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-7653     SSN XXX-XX-2551

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 05/28/2004 and was confirmed 11/18/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 06/27/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                                PAID          PAID
-------------------------------------------------------------------------------
CITIFINANCIAL MORTGAGE      CURRENT MORTG          .00            .00            .00
GENERAL MOTORS ACCEPTANC    SECURED           12900.00        1295.73       12900.00
GMAC MORTGAGE               CURRENT MORTG          .00            .00            .00
AMERICAN EXPRESS TRAVEL     UNSECURED          3222.54            .00         322.25
ROUNDUP FUNDING LLC         UNSECURED          7025.27            .00         702.53
BEST BUY                    UNSECURED         NOT FILED           .00            .00
AMERICAN EXPRESS TRAVEL     UNSECURED          1122.22            .00         112.22
CAPITAL ONE BANK            FILED LATE         2745.43            .00            .00
CAPITAL ONE SERVICES        FILED LATE         1478.54            .00            .00
ECAST SETTLEMENT CORP       UNSECURED          8441.01            .00         844.10
RESURGENT ACQUISITION LL    UNSECURED          6923.12            .00         692.31
RESURGENT ACQUISITION LL    UNSECURED          7883.45            .00         788.35
CITIBANK NA                 UNSECURED         NOT FILED           .00            .00
B-FIRST LLC                 UNSECURED         11209.71            .00        1120.97
DISCOVER FINANCIAL SERVI    UNSECURED          6855.60            .00         685.56
HOME DEPOT                  UNSECURED         NOT FILED           .00            .00
ECAST SETTLEMENT CORP       UNSECURED          4171.58            .00         417.16
IKEA                        UNSECURED         NOT FILED           .00            .00
ROUNDUP FUNDING LLC         UNSECURED          2541.89            .00         254.19
NO IL EMERG & OCCUP MED     UNSECURED         NOT FILED           .00            .00
QUEST DIAGNOSTICS           UNSECURED         NOT FILED           .00            .00
RADIO SHACK                 UNSECURED         NOT FILED           .00            .00
SEARS PAYMENT CENTER        UNSECURED         NOT FILED           .00            .00
US BANK                     UNSECURED          1902.86            .00         190.29
VALUE CITY                  UNSECURED         NOT FILED           .00            .00
CITIFINANCIAL MORTGAGE C    SECURED NOT I        51.22            .00            .00
GENERAL MOTORS ACCEPTANC    UNSECURED           207.15            .00          20.72
ECAST SETTLEMENT CORP       UNSECURED          6611.02            .00         661.10
RESURGENT ACQUISITION LL    UNSECURED          6246.17            .00         624.62
RESURGENT ACQUISITION LL    UNSECURED          1503.53            .00         150.35
CITIFINANCIAL               NOTICE ONLY       NOT FILED           .00            .00
ECAST SETTLEMENT CORP       UNSECURED           523.30            .00          52.33

                    PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 20916 STEPHEN RONALD SZYMKOWIAK & DANICA SZYMKOWIAK
```

```
ECAST SETTLEMENT CORP      UNSECURED         579.78              .00           57.98
WRIGHTWOOD CONDO ASSOC     SECURED              .00              .00             .00
AMERICAN EEXPRESS          UNSECURED     NOT FILED               .00             .00
ROCKFORD MERCANTILE AGEN   FILED LATE      1633.40               .00             .00
CAPITAL ONE BANK           FILED LATE       542.96               .00             .00
MGM LAW OFFICES            ATTORNEY           .00                .00             .00
AMERICAN EXPRESS CENTURI   UNSECURED       5082.06               .00          508.21
AMERICAN EXPRESS CENTURI   UNSECURED      10098.88               .00         1009.89
DEBRA J VORHIES LEVINE     DEBTOR ATTY     2,200.00                         2,200.00
TOM VAUGHN                 TRUSTEE                                          1,563.14
DEBTOR REFUND              REFUND                                                .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                27,174.00

PRIORITY                                             .00
SECURED                                        12,900.00
    INTEREST                                    1,295.73
UNSECURED                                       9,215.13
ADMINISTRATIVE                                  2,200.00
TRUSTEE COMPENSATION                            1,563.14
DEBTOR REFUND                                        .00
                       ---------------      ---------------
TOTALS                 27,174.00               27,174.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
  Dated: 09/25/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```